**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1708**

———————

IRVING BENNETT JEFFRESS, JR.,

                                    Plaintiff - Appellant,

        versus

JO ANNE B. BARNHART, Commissioner, Social
Security Administration,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge. (1:05-
cv-02888-JFM)

———————

Submitted: January 26, 2007          Decided: February 13, 2007

———————

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Irving Bennett Jeffress, Jr., Appellant Pro Se.  Meeka Savage
Drayton, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irving Bennett Jeffress, Jr., appeals the district court's order granting the Appellee's motion for summary judgment in his employment discrimination and retaliation action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jeffress v. Barnhart</u>, No. 1:05-cv-02888-JFM (D. Md. Apr. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>